Appeal, Fourth Circuit, Parish of Orleans. 159 So.2d 788.

. Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

HAMITER, J., recused.

162 So.2d 9

**Clay J. CALHOUN et al.**

v.

**AMERICAN MARINE CORPORATION.**

No. 47114.

March 30, 1964.

In re: American Marine Corporation applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 159 So.2d 19.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

162 So.2d 9

**Selma Boykin LANE**

v.

**The TRAVELERS INSURANCE COMPANY et al.**

No. 47125.

March 30, 1964.

- In re: Selma Boykin Lane applying for certiorari, or writ of review, to the Court

of Appeal, Second Circuit, Parish of Lincoln. 159 So.2d 313.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

SANDERS, J., is of the opinion that the writ should be granted for error of law in rejecting proof by probabilities under the preponderance of evidence rule. See Perkins v. Texas & N. O. Railroad, 243 La. 829, 147 So.2d 646; and Naquin v. Marquette Casualty Co., 244 La. 569, 153 So.2d 395.

162 So.2d 9

**Mrs. Edith Holder SKINNER et al.**

v.

**WHEELING PIPE LINE, INC., et al.**

No. 47126.

March 30, 1964.

In re: Mrs. Edith Holder Skinner et al. applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Lincoln. 159 So.2d 317.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

SANDERS, J., is of the opinion that the writ should be granted for error of law in

rejecting proof by probabilities under the preponderance of evidence rule. See Perkins v. Texas & N. O. Railroad, 243 La. 829, 147 So.2d 646 and Naquin v. Marquette Casualty Co., 244 La. 569, 153 So.2d 395.